UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 16-10395 |
| | § | |
| Blanca L. Ortiz | § | |
| Debtors | § | CHAPTER 13 |

DEBTOR'S <u>AMENDED</u>MOTION TO MODIFY CONFIRMED PLAN

*This motion seeks an Order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute.  If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the Court may consider evidence at the Hearing and may decide the motion at the Hearing. Represented parties should act through their Attorney.*

A Hearing on this proposed Modification is scheduled for September 6, 2017 at 9:30 a.m. in the United States Bankruptcy Court Courtroom # 5  located at 600 East Harrison Street, Brownsville Texas 78520.

The Debtor(s) file this Motion to Modify their confirmed plan.

1. **HISTORY OF CASE.**  This case was filed on November 23, 2016.  The plan was confirmed on February 8, 2017.  The plan has previously been modified by order(s) entered on the following dates:

2. **REASON FOR MODIFICATION.** The Debtor is modifying the chapter 13 plan to bring the chapter 13 plan payments current.  The Debtor fell behind because she had unexpected medical issues due to a fallen bladder.  She incurred additional medical expenses. She will amend her wage order to make the increased modified plan payment.

   In consideration of these new events and the Debtor's positive financial situation, the Debtor would show that this modification is  filed in a good faith attempt to reorganize under Chapter 13 of the United States Bankruptcy Code.

3. **PLAN PAYMENTS UNDER CONFIRMED PLAN.** [1] The current plan (as modified through this date) requires payments as follows:

    A. Months: <u>1-60</u>            Payment: <u>$1,475.00</u>

4. **PAYMENTS PREVIOUSLY MADE.** As of the date this motion was filed, the Debtor(s) have made payments to the chapter 13 trustee totaling <u>$7,500.00.</u> Attached as Exhibit "A" is a schedule of all amounts received by the chapter 13 trustee.

5. **FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).**[1] The proposed modified plan requires future payments as follows:

    A. Months: <u>1 -9 (December 2016-August 2017</u> )    Payment: <u>$833.39</u>
    B. Months: <u>10-60 (Sept. 2017-November 2021)</u>    Payment: <u>$1,680.00</u>

The modified plan and plan cover sheet are attached hereto as Exhibit "B".

6. **CURRENT DEFAULTS.** The Debtor(s) currently in default on payments to the chapter 13 trustee as follows:

| | |
|---|---|
| Dollar amount in default: | <u>$5,775.00</u> |
| Number of months in default: | <u>3.92</u> |
| Last payment made: | <u>08/9/17</u> |
| Amount of last payment: | <u>$1,575.00</u> |

7. **PROPOSED PLAN MODIFICATIONS:**

    A. All payment defaults set forth in paragraph 6 are cured by this modification.

    B. The Debtor is modifying the chapter 13 plan to bring the chapter 13 plan payments current. The Debtor fell behind because she had unexpected medical issues due to a fallen bladder. She incurred additional medical expenses. She will amend her wage order to make the increased modified plan payment.

---

[1] Completion of paragraphs 3, 4 and 5 satisfies the requirement of BLR 3015(d)(3) for a side-by-side table

    **C.** INTERIM PAYMENTS**.** Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the Court.

8. **BUDGET.** The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are attached as exhibit "C".

9. **ATTORNEYS' FEES (Check one):**

    __X__ Debtor(s)' counsel shall be paid $600.00 as a fixed fee for this modification. This box may not be checked if the modification was proposed within 120 days of the date on which the plan was confirmed.

/s/ Blanca L. Ortiz
Blanca L. Ortiz

Date: 8/29/17

Respectfully submitted,

OLIVA LAW
 223 W. Nolana Ave.
McAllen, Texas 78504
(956) 683-7800 phone
(956) 868-4224 fax

By: /s/ Marcos D. Oliva
Marcos D. Oliva
marcos@oliva.law
 SBOT 24056068
Federal I.D. 948435
Leigh Ann Tognetti
leighann@oliva.law
SBOT 24083579
Federal I.D. 2817994
Jana Smith Whitworth
jana@oliva.law
 SBOT 00797453
Federal I.D. 20656
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that the foregoing  MOTION TO MODIFY A CONFIRMED PLAN was served on August 129, 2017.  Service was accomplished by the method and to the following as indicated.                                                                                                          /s/ Marcos D. Oliva

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

U.S. TRUSTEE:
606 N. Carancahua, Ste. 1107
Corpus Christi, Texas 78401

CHAPTER 13 TRUSTEE:
Cindy Boudloche
555 N. Carancahua Ste. 600
Corpus Christi, Texas 78478

DEBTOR:
Blanca Lynn Ortiz
2219 N. 1st Street
Harlingen, TX 78550

To all parties requesting notice and to all creditors on the mailing matrix.

Debtor(s):  **Blanca Lynn Ortiz**                Case No:  **16-10395**                SOUTHERN DISTRICT OF TEXAS
                                                 Chapter: **13**                       MCALLEN DIVISION

| | | |
|---|---|---|
| American Express<br>American Express Special Resear<br>PO Box 981540<br>El Paso, TX 79998 | Linebarger Goggan Blair & Samps<br>P O Box 17428<br>Austin, TX 78760-7428 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>PO Box 5609<br>Greenville, TX 75403 |
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Lowes / MBGA / GEMB<br>Attention:  Bankruptcy Departme<br>PO Box 103104<br>Roswell, GA 30076 | Wells Fargo Card Ser<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328 |
| Barrett Daffin Frappier Turner<br>15000 Surveyor Blvd, Suite 100<br>Addison, Texas 75001 | Marcos D. Oliva, PC<br>223 W. Nolana<br>McAllen, TX 78504 | Wells Fargo Hm Mortgag<br>Po Box 10335<br>Des Moines, IA 50306 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | Regional Finance - mcallen<br>509 S. Bicentennial Blvd<br>McAllen, TX 78501 | |
| Creditors Service Bure c/o Anes<br>2370 Central Blvd<br>Brownsville, TX 78520 | Sarma Coll c/o MED 1<br>1801 Broadway St<br>San Antonio, TX 78215 | |
| Discover Fin<br>Attention:  Bankruptcy Departme<br>PO Box 3025<br>New Albany, OH 43054 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 | |
| Hidalgo County Tax Office<br>c/o John T. Banks<br>Perdue, Brandon, Fielder, Colli<br>3301 Northland Drive, Ste 505<br>Austin, TX 78731 | Security Service-ins<br>PO Box 691510<br>San Antonio, TX 78269 | |
| Hidalgo ISD<br>c/o John T. Banks<br>Perdue, Brandon, Fielder, Colli<br>3301 Northland Drive, Ste. 505<br>Austin, TX 78731 | South Texas College<br>Linebarger Gogan Blair & Sampso<br>P.O. Box 17428<br>Austin, TX 78760-7428 | |
| International Bank Of<br>1 S Broadway St<br>Mcallen, TX 78501 | South Texas ISD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair Sampson<br>2700 Via Fortuna Dr Ste 400 POB<br>Austin, TX 78760-7428 | |
| John T. Banks<br>Perdue, Brandon, Fielder, Colli<br>3301 Northland Drive, Ste. 505<br>Austin, Texas 78731 | The Stone Law Firm, P.C.<br>4900 N. 10th St.<br>Northtowne Centre, A-2<br>McAllen, TX  78504 | |